```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 05889
   DORIAN P LOFTON
   JANET F LOFTON                              CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY
           Debtor
   SSN XXX-XX-2185    SSN XXX-XX-7385

--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
      The case was filed on 02/17/2004 and was confirmed 04/22/2004.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was paid in full 07/28/2008.
--------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------
CAPITAL ONE SERVICES        UNSECURED      NOT FILED            .00            .00
CAPITAL ONE SERVICES        UNSECURED      NOT FILED            .00            .00
ROUNDUP FUNDING LLC         UNSECURED         597.69            .00          59.77
INTERNAL REVENUE SERVICE    PRIORITY         6002.97            .00        6002.97
CREDIT PROTECTION ASSOC     UNSECURED      NOT FILED            .00            .00
FORD MOTOR CREDIT           UNSECURED      NOT FILED            .00            .00
INTERNAL REVENUE SERVICE    UNSECURED       24825.65            .00        2482.57
NORTHWEST SUBURBAN COMMU    UNSECURED      NOT FILED            .00            .00
PROVIDIAN                   UNSECURED      NOT FILED            .00            .00
PROVIDIAN VISA              UNSECURED      NOT FILED            .00            .00
PROVIDIAN                   UNSECURED      NOT FILED            .00            .00
SUNRISE CREDIT              UNSECURED      NOT FILED            .00            .00
WAL MART STORES INC         UNSECURED      NOT FILED            .00            .00
WASHINGTON MUTUAL FINANC    UNSECURED      NOT FILED            .00            .00
ROBERT J SEMRAD & ASSOC     DEBTOR ATTY      1,705.20                      1,705.20
TOM VAUGHN                  TRUSTEE                                          608.49
DEBTOR REFUND               REFUND                                             .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                      RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE               10,859.00

PRIORITY                                    6,002.97
SECURED                                          .00
UNSECURED                                   2,542.34
ADMINISTRATIVE                              1,705.20
TRUSTEE COMPENSATION                          608.49
DEBTOR REFUND                                    .00
                      -------------         -------------
TOTALS                10,859.00             10,859.00

                   PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 05889 DORIAN P LOFTON & JANET F LOFTON
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 10/29/08 | /s/ Tom Vaughn <br> _____ <br> TOM VAUGHN <br> CHAPTER 13 TRUSTEE |

PAGE   2
CASE NO. 04 B 05889 DORIAN P LOFTON & JANET F LOFTON